# EXHIBIT 4

## PLAINTIFFS' VERDICTS IN INDIVIDUAL SMOKING AND HEALTH CASES AGAINST CIGARETTE MANUFACTURERS

| CASE: | COURT: | CLAIM: | INJURY: | AWARD: |
|---|---|---|---|---|
| Cipollone v. Liggett Group, Inc., Philip Morris Incorporated and Loew's Theatres, Inc. | United States District Court, New Jersey, Case No. 83-2864 | Wrongful death | Lung cancer | $400,000 for loss of consortium from Liggett |
| Carter v. Brown & Williamson Tobacco Corporation, as successor by merger to the American Tobacco Company | Circuit Court, Duval County, Florida, Fourth Judicial District, Case No. 95-934 | Personal injury | Lung cancer | $500,000 in actual damages $250,000 for loss of consortium |
| Widdick v. Brown & Williamson Tobacco Corporation, as successor to American Tobacco | Circuit Court, Duval County, Florida, Fourth Judicial District, Case No. 97-3522 | Wrongful death | Lung cancer | $552,249 in actual damages $450,000 in punitive damages |
| Henley v. Philip Morris Incorporated | Superior Court, San Francisco County, California, Case No. 995172 | Personal injury | Lung cancer | $1,500,000 in actual damages $50,000,000 in punitive damages |
| Williams v. Philip Morris, Inc. | Circuit Court, Multnomah County, Oregon, Case No. 9705-3957 | Wrongful death | Lung cancer | $821,485.80 in actual damages $79,500,000 in punitive damages |

1

| CASE: | COURT: | CLAIM: | INJURY: | AWARD: |
|---|---|---|---|---|
| *Della Vecchia, Farnan and Amadeo v. R.J. Reynolds Tobacco Company, Philip Morris Incorporated ("Philip Morris U.S.A."), Lorillard Tobacco Company, Lorillard, Inc., The American Tobacco Company, Brown & Williamson Tobacco Corp., Liggett Group, Inc., Brooke Group, Ltd., Inc., Dosal Tobacco Corp., Council for Tobacco Research – U.S.A., Inc. and Tobacco Institute, Inc.* | Circuit Court, Miami-Dade County, Florida Eleventh Judicial Circuit, Case No. 94-8273 CA (20) | Personal injury and wrongful death | *Della Vecchia:* lung cancer *Farnan:* lung cancer *Amadeo:* laryngeal cancer | Della Vecchia estate: $523,000 in actual damages; $3,500,000 in loss of consortium Farnan: $1,250,000 in actual damages, $1,600,000 in intangible damages Amadeo: $2,081,000 in actual damages, $3,750,000 in intangible damages |
| *Whiteley v. Raybestos-Manhattan, Inc., et al.; Philip Morris, Incorporated; and R.J. Reynolds Tobacco Company* | Circuit Court, San Francisco County, California, Case No. 303184 | Personal injury | Lung cancer | $1,472,000 in actual damages $250,000 for loss of consortium $20,000,000 in punitive damages |
| *Jones v. R.J. Reynolds Tobacco Co.* | Circuit Court, Hillsborough County, Florida, Thirteenth Judicial Circuit, Case No. 97-4966 | Wrongful death | Lung cancer | $200,000 in actual damages |
| *Boeken v. Philip Morris Incorporated* | Superior Court, Los Angeles County, California, Case No. 225693 | Personal injury | Lung cancer | $5,539,127 in actual damages $3,000,000,000 in punitive damages |

2

| CASE: | COURT: | CLAIM: | INJURY: | AWARD: |
|---|---|---|---|---|
| *Kenyon v. R.J. Reynolds Tobacco Company* | Circuit Court, Hillsborough County, Florida, Thirteenth Judicial Circuit, Case No. 00-5401 | Personal injury | Lung cancer | $165,000 in actual damages |
| *Burton v. R.J. Reynolds Tobacco Company and The American Tobacco Company* | United States District Court, District of Kansas, Case No. 94-2202 | Personal injury | Peripheral vascular disease | $198,400 in actual damages $15,000,000 in punitive damages |
| *Schwarz v. Philip Morris Incorporated* | Circuit Court, Multnomah County, Oregon, Case No. 0002-1376 | Wrongful death | Lung cancer | $168,514.22 in actual damages $150,000,000 in punitive damages |
| *Lukacs v. Brown & Williamson Tobacco Corp., individually and as successor to The American Tobacco Company; Philip Morris Incorporated; and Liggett Group, Inc. f/k/a Liggett & Myers Tobacco Co., a subsidiary and/or d/b/a Brooke Group, Ltd., Inc.* | Circuit Court, Miami-Dade County, Florida, Eleventh Judicial Circuit, Case No. 01-3822 | Personal injury | Bladder cancer, throat cancer, oral cancer | $25,000,000 in actual damages $12,500,000 for loss of consortium |
| *Figueroa-Cruz v. R.J. Reynolds Tobacco Company* | United States District Court, Puerto Rico, Case No. 00-2334 | Wrongful death | Lung cancer | $1,000,000 in actual damages |
| *Bullock v. Philip Morris Incorporated* | Superior Court, Los Angeles County, California, Case No. 249171 | Personal injury | Lung cancer | $850,000 in actual damages $28,000,000,000 in punitive damages |

3

689790v1

| CASE: | COURT: | CLAIM: | INJURY: | AWARD: |
|---|---|---|---|---|
| *Eastman v. Brown & Williamson Tobacco Corporation, individually and as successor by merger by to The American Tobacco Company and Philip Morris USA, Inc.* | Circuit Court, Pinellas County, Florida, Sixth Judicial Circuit, Case No. 97-5968 | Personal injury | Emphysema, abdominal aortic aneurysm | $6,538,000 in actual damages |
| *Boerner v. Brown & Williamson Tobacco Corporation* | United States District Court, Eastern District, Arkansas, Case No. 98-427 | Wrongful death | Lung cancer | $4,025,000 in actual damages $15,000,000 in punitive damages |
| *Thompson v. Brown & Williamson Tobacco Corporation and Philip Morris Incorporated* | Circuit Court, Jackson County, Missouri, Case No. 00-220555 | Personal injury | Laryngeal cancer | $1,593,508 in actual damages $500,000 for loss of consortium |
| *Frankson v. Brown & Williamson Tobacco Corporation, individually and as successor by merger to The American Tobacco Company; The Tobacco Institute, Inc.; and the Council for Tobacco Research – USA, Inc.* | Supreme Court, Kings County, New York, Case No. 24915/00 | Wrongful death | Lung cancer | $350,000 in actual damages $20,000,000 in punitive damages |
| *Davis v. Liggett Group, Inc.* | Circuit Court, Broward County, Florida, Seventeenth Judicial Circuit, Case No. 02-18944 05 | Personal injury | Lung cancer | $542,000 in actual damages |

4

689790v1

| CASE: | COURT: | CLAIM: | INJURY: | AWARD: |
|---|---|---|---|---|
| *Arnitz v. Philip Morris USA Inc.* | Circuit Court, Hillsborough County, Florida, Thirteenth Judicial Circuit, Case No. 00-4208 | Personal injury | Lung cancer, emphysema | $600,000 in actual damages |
| *Smith v. Brown & Williamson Tobacco Corp.* | Circuit Court, Jackson County, Missouri, Case No. 03-212922 | Wrongful death | Lung cancer | $2,000,000 in actual damages $20,000,000 in punitive damages |
| *Rose v. Brown & Williamson Tobacco Corporation, as successor in interest to American Tobacco; Philip Morris USA, Inc.; and R.J. Reynolds Tobacco Company* | Supreme Court, New York County, New York, Case No. 11996-02 | Personal injury | Lung cancer, neurological conditions | As to B&W and PM: $3,000,000 in actual damages, $420,000 for loss of consortium $17,100,000 in punitive damages from PM |

5